IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

DZ BANK AG DEUTSCHE ZENTRAL-       )
GENOSSENSCHAFTSBANK, FRANKFURT     )
AM MAIN, NEW YORK BRANCH,          )
                                   )
              Plaintiff,           )
                                   )
v.                                 )     Case No. CIV-10-102-D
                                   )
HENDRICKSON INSURANCE SERVICES,    )
INC., and TROY K. HENDRICKSON,     )
                                   )
              Defendants.          )

## ORDER

Before the Court is Plaintiff's Motion for Summary Judgment [Doc. No. 20], filed October 4,

2010, pursuant to Fed. R. Civ. P. 56 and LCvR56.1.  Plaintiff seeks a judgment against Defendants

Hendrickson Insurance Services, Inc. and Troy K. Hendrickson, jointly and severally, in the total

amount of $212,575.73, on the claims in the Complaint.  The Motion is unopposed and, pursuant

to the Order of December 15, 2011, is deemed confessed.  Nevertheless, Rule 56(a) requires a

determination that there is no genuine dispute as to any material fact and that Plaintiff is entitled to

judgment as a matter of law, before summary judgment may be granted.

Upon consideration of the Motion and supporting materials, the Court finds that the material

facts are undisputed.  This Court has subject matter jurisdiction under 28 U.S.C. § 1332(a)(2) and

personal jurisdiction over Defendants, who are citizens of Oklahoma.  On May 31, 2006, and

November 30, 2007, Defendant Hendrickson Insurance Services, Inc. executed promissory notes

payable to Brooke Credit Corporation.  The first loan in the amount of $190,000.00 was refinanced

by the second loan in the amount of $196,584.90, bearing a variable rate of interest based on the

New York Prime rate as published in the *Wall Street Journal*.  Defendant Troy K. Hendrickson

executed a personal guaranty by which he unconditionally guaranteed payment of the corporation's

loan obligation.  Through subsequent assignments and agreements, Plaintiff became owner and

holder of the note and personal guaranty in October, 2008.  Defendants defaulted on the note and

guaranty by failing to make payments when due, and have refused Plaintiff's demand for payment

of the outstanding balance.  As a result of Defendants' default, Plaintiff has suffered damages in the

amount of $189,708.18, plus accrued interest of $16,095.90 as of September 29, 2010.  Under these

facts and Kansas law, which governs the dispute, Plaintiff is entitled to the judgment sought for

unpaid principal and interest.  Plaintiff is also contractually entitled to recover attorney's fees and

costs, but the amount sought by the Motion for these items is not supported by the summary

judgment record.  Plaintiff may seek to recover these items by timely motion under Fed. R. Civ.

P. 54(d), LCvR54.1 and LCvR54.2.

IT IS THEREFORE ORDERED that Plaintiff's Motion for Summary Judgment Against

Hendrickson Insurance Services, Inc. and Troy K. Hendrickson [Doc. No. 20] is GRANTED in

substantial part, as set forth herein.  Plaintiff shall recover a judgment against Defendants, jointly

and severally, for unpaid principal and interest due as of September 29, 2010, in the amount of

$205,804.08.  Judgment shall be entered accordingly.

IT IS SO ORDERED this 28th of December, 2011.

_____
TIMOTHY D. DEGIUSTI
UNITED STATES DISTRICT JUDGE